# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

KAYCE N. JENKINS

*Plaintiff* )
v. ) Civil Action No. 5:26-cv-26
)
ANYWHEREWORKS, INC. )
)
)
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

AnywhereWorks, Inc.
c/o HLG Agent LLC
701 Corporate Center Drive, Ste 250
Raleigh, NC 27607

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Clark D. Tew
Pope McMillan, P.A.
P.O. Drawer 1776
Statesville, NC 28687

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 02/11/2026

**Civil Action No.** 5:26-cv-26

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____ ; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____ , **a person of suitable age and discretion who resides there, on** *(date)* _____ , **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____ ; or

❏ **I returned the summons unexecuted because** _____ ; or

❏ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____  _____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**